# EIGHTH CIRCUIT COURT OF APPEALS

# ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session. Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case or cases. Please file this form immediately by following these steps:

**1) Complete form on-line; 2) Click 'Print to PDF' Button below (print to PDF printer in printer dropdown) or Save form to your computer; and 3) Log into CM/ECF and docket "Argument Response Form" attaching the completed Oral Argument Response Form. You MUST have a pdf writer to save the form to your computer. Please review the form before filing it in cm/ecf.**

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of hotels for each city is available on the web at *www.ca8.uscourts.gov*/hotel-information

| April | U.S. Courthouse | Missouri, St. Louis |

CASE NUMBER(S): 14-2380

CASE TITLE: David Oetting v. Green Jacobson, P.C., et al.

ATTORNEY PRESENTING ARGUMENT: Frank H. Tomlinson

on behalf of the: Appellant    David Oetting

Please type party name

ARGUING ATTORNEY ADDRESS:

Office: Tomlinson Law, LLC

Address 1: 2100 1st Avenue North, Suite 600

Address 2:

City,State,Zip: Birmingham, Alabama 35203

PHONE: 205-326-6626

E-MAIL: hilton@tomlawllc.com

[Print to PDF]